GREENBRIAR SERVICE CORP. v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF SPRINGFIELD.

October 15, 1986.

Petition for certification denied.

RAYMOND G. BROWN AND KERYN BROWN v. EXXON CORPORATION, JAMES B. KELLY AND JEFF ZOMPER.

October 15, 1986.

Petition for certification denied.

NOREEN D. CHRISTENSEN v. RAYTHEON DATA SYSTEMS COMPANY AND EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.

October 15, 1986.

Petition for certification denied.

ANNE FUCHILLA v. WILLIAM A. LAYMAN, M.D.

October 15, 1986.

Petition for certification granted.   (See 210 *N.J.Super.* 574)